IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-146-CV





EDWARD L. WINN III,



 APPELLANT


vs.





C. BARRY OSBORNE,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT



NO. 480,490A, HONORABLE JERRY DELLANA, JUDGE PRESIDING



 




PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.



Before Justices Powers, Aboussie and Jones

Dismissed on Joint Motion

Filed: June 8, 1994

Do Not Publish